IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19- |
| v. | : | DATE FILED: |
| JAMES YOUNG | : | VIOLATION:<br>29 U.S.C. § 501(c) (Theft of union funds – 1 count) |
| | : | |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

1. American Federation of Teachers ("AFT") Local 4973 is a labor organization under the Labor-Management Reporting and Disclosure Act of 1959, Sections 3(i) and (j). 29 U.S.C. § 402(i) and (j).

2. Defendant JAMES YOUNG served as president of AFT Local 4973 from in or about September 2015 until on or about August 4, 2017.

3. From on or about November 24, 2015 through on or about August 4, 2017, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JAMES YOUNG,**

while president of AFT Local 4973, a labor organization engaged in an industry affecting commerce, embezzled, stole and converted to his own use approximately $7,050.00 in money

and funds belonging to the union.

In violation of Title 29, United States Code, Section 501(c).

_Ronald Sarachan_
for WILLIAM M. MCSWAIN
United States Attorney